**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
 tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
Fax: 888/210-8868

Attorneys for Plaintiff CRAIG YATES

| | |
|---|---|
| HENNEFER FINLEY & WOOD, LLP<br>JOSEPH H. C. WOOD, ESQ., No. 103596<br> jwood@hennefer-wood.com<br>425 California St 19th FL<br>San Francisco, CA 94104<br>Tel: (415) 421-6100<br>Fax: (415) 421-1815 | MICHAEL T. HEATH, ESQ. (No. 196747)<br>LAW OFFICES OF MICHAEL T. HEATH<br> mheath_law@sbcglobal.net<br>3251 Steiner Street<br>San Francisco, CA 94123-3362<br>Tel: (415) 931-4207<br>Fax: (415) 931-4117 |
| Attorneys for Defendant MAYFLOWER SEAFOOD RESTAURANT, INC. | Attorneys for Defendants CHUNG L. YANG 1992 TRUST; CHUNG L. YANG; CONNIE K. YANG; and HENRY K. YANG |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>       Plaintiff,<br><br>v.<br><br>MAYFLOWER SEAFOOD RESTAURANT, INC.; CHUNG L. YANG 1992 TRUST; CHUNG L. YANG; CONNIE K. YANG; HENRY K. YANG; and DOES 1 through 50, Inclusive,<br><br>       Defendants.<br>_____/ | CASE NO. CV-10-4842 EMC<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER TO PRODUCE DOCUMENTS & THINGS IDENTIFIED PURSUANT TO DISCLOSURES, FRCP RULE 26** |

## STIPULATION

The Parties to this agreement, namely Plaintiff CRAIG YATES and Defendants MAYFLOWER RESTAURANT, INC.; CHUNG L. YANG 1992 TRUST; CHUNG L. YANG; CONNIE K. YANG; and HENRY K. YANG, each hereby stipulate and agree to physically produce copies of all document and things indentified in their initial and supplement

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Stipulation and Order Re Disclosures: Case No. CV-10-4842 EMC

disclosures made under Federal Rules of Civil Procedure 26, and to be bound by the exclusionary rules of Rule 37(c) for any failure to do so. The copies and documents shall be produced simultaneously with disclosures.

SO STIPULATED.

Dated: Nov. 16, 2010

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.

/s/ Authorized Signed
Attorneys for Plaintiff
CRAIG YATES

Dated: Nov. __, 2010

HENNEFER FINLEY & WOOD, LLP
JOSEPH H. C. WOOD, ESQ.

/s/ Authorized Signed
Attorneys for Defendant
MAYFLOWER RESTAURANT, INC.

Dated: Nov. __, 2010

MICHAEL T. HEATH, ESQ.
LAW OFFICES OF MICHAEL T. HEATH

/s/ Authorized Signed
Attorneys for Defendants
CHUNG L. YANG 1992 TRUST; CHUNG L. YANG; CONNIE K. YANG; and HENRY K. YANG

**ORDER**

**SO ORDERED.** _____

_____

_____.

Date: 12/22/10

HON. EDW_____
MAGISTRA_____
U.S. DISTR_____

IT IS SO ORDERED
Judge Edward M. Chen

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Stipulation and Order Re Disclosures: Case No. CV-10-4842 EMC

— 2 —